UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRED MILLER, | ) | CIVIL ACTION NO. 4:21-CV-986 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| GABRIEL CAMPANA, *ET AL.*, | ) | |
| Defendants | ) | |

# **ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) Defendants' Motion for Summary Judgment (Doc. 22) is DENIED.

Date: April 18, 2024

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge